UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 24-20003-CV-WILLIAMS

LAURI SCHAFF,

    Plaintiff,

v.

CARNIVAL CORPORATION,

    Defendant.

_____/

## ORDER

**THIS MATTER** is before the Court on Magistrate Judge Jonathan Goodman's Report and Recommendation (DE 17) ("***Report***") on Defendant's Motion to Dismiss Plaintiff's Complaint (DE 13) ("***Motion***"). In the Report, Magistrate Judge Goodman recommends that the Court deny Defendant's Motion. (DE 17 at 3.) Specifically, the Report finds that Plaintiff pled sufficient facts to support Plaintiff's negligent training personnel claim—Count III of Plaintiff's Complaint (DE 1).[1] (DE 17 at 7–10.) No objections were filed to the Report, and the time to do so has passed.[2]

Upon an independent review of the Report, the Motion, the record, and applicable law, it is **ORDERED AND ADJUDGED** as follows:

1. The Report (DE 17) is **AFFIRMED AND ADOPTED**.

---

[1] Upon filing the Motion, Defendant initially sought to dismiss Plaintiff's negligent training personnel claim ("***Count III***") and negligent supervision of personnel claim ("***Count IV***"). In response to Defendant's Motion, Plaintiff voluntarily withdrew Count IV of the Complaint. (DE 15 at 1.)

[2] The Court notes that, in lieu of filing objections to Magistrate Judge Goodman's Report, Defendant filed an Answer to Plaintiff's Complaint. (DE 24.)

2. Defendant's Motion to Dismiss Plaintiff's Complaint (DE 13) is **DENIED**.

3. **WITHIN SEVEN (7) DAYS** of the date of this Order, the Parties shall file a joint stipulation of dismissal, dismissing Count IV of Plaintiff's Complaint pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**DONE AND ORDERED** in Chambers in Miami, Florida, on this 25th day of April, 2024.

KATHLEEN M. WILLIAMS
UNITED STATES DISTRICT JUDGE